No. 788. GREEN POINT SAVINGS BANK *v.* BOARD OF ZONING APPEALS OF THE TOWN OF HEMPSTEAD ET AL. March 25, 1940. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a properly presented substantial federal question. (1) *Cleveland & Pittsburgh R. Co.* v. *Cleveland,* 235 U. S. 50, 53; *Hiawassee Power Co.* v. *Carolina-Tenn. Co.,* 252 U. S. 341, 344; *White River Co.* v. *Arkansas,* 279 U. S. 692, 700; (2) *Euclid* v. *Ambler,* 272 U. S. 365; *Zahn* v. *Board of Public Works,* 274 U. S. 325; *Lewis* v. *Mayor,* 290 U. S. 585. *Mr. Irving Mariash* for appellant. *Mr. Franklin T. Voelker* for appellees.

No. —, original. EX PARTE LOUIS E. SIMMONDS; and No. —, original. EX PARTE HENRY LONG. March 25, 1940. Motions for leave to file petitions for writs of habeas corpus denied.

No. 621. VILES *v.* PRUDENTIAL INSURANCE Co. March 25, 1940. Petition for leave to file an amended complaint denied. *Edmond L. Viles, pro se.*

No. 355. UNITED STATES *v.* MOSCOW FIRE INSURANCE Co. ET AL. See *post,* p. 697.